UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| James Leighty, et al.<br>*Plaintiff* | §<br>§<br>§<br>§ |
| v. | § Case No. 3:19-cv-2615 |
| | §<br>§ |
| Stone Truck Lines Inc. and Jarmanjit Singh<br>*Defendant* | §<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Sahadi Legal Group                                                                                                  , with offices at

414 S. Tancahua St.
(Street Address)

Corpus Chrsti                              Texas                       78401
(City)                                     (State)                     (Zip Code)

361-760-3300                               361-760-3310
(Telephone No.)                            (Fax No.)


II. Applicant will sign all filings with the name  R. Reagan Sahadi                                              .


III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

James Leighty, Ashlee Leighty and Amanda Helton


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of ____Texas____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:

Bar license number: 24042369   Admission date: November 2005

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| U.S. Dist Court-Eastern Dist of Tx | March 2009 | Active |
| U.S. Dist Court-Western Dist of Tx | September 2011 | Active |
| U.S. Dist Court-Southern Dist of Tx | May 2009 | Active |
| U.S. Court of Appeals - Fifth Circuit | September 2012 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

N/A                                                                 , who has offices at

_____
(Street Address)

_____  _____  _____
(City)                    (State)           (Zip Code)

_____  _____
(Telephone No.)           (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   4th   day of November        , 2019     .

                                            R. Reagan Sahadi
                                            Printed Name of Applicant

                                            *[signature]*
                                            Signature

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

November 01, 2019

Re: Mr. Richard Reagan Sahadi, State Bar Number 24042369

To Whom It May Concern:

This is to certify that Mr. Richard Reagan Sahadi was licensed to practice law in Texas on November 04, 2005, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

