IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES LEIGHTY, ASHLEE LIEGHTY and AMANDA HELTON, each INDIVIDUALLY, and AS HEIRS TO THE ESTATE OF ROBERT EUGENE LEIGHTY, DECEASED<br>  *Plaintiffs*,<br><br>v.<br><br>STONE TRUCK LINE, INC. and JARMANJIT SINGH<br>  *Defendants*. | §§§§§§§§§§§§ | CIVIL ACTION NO. 3:19-cv-2615 |

## CERTIFICATE OF INTERESTED PERSONS

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:**

  Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rules 3.1(c), 3.2(e), 7.4, 81.1(a)(4)(D), and 81.2, Defendants Stone Truck Line, Inc. and Jarmanjit Singh list all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

  1.  James Leighty
    by and through his attorneys of record:
    R. Reagan Sahadi
    Sahadi Legal Group
    414 S. Tancahua Street
    Corpus Christi, Texas 78401
    *Plaintiff*

2. Ashlee Leighty
by and through her attorneys of record:
R. Reagan Sahadi
Sahadi Legal Group
414 S. Tancahua Street
Corpus Christi, Texas 78401
*Plaintiff*

3. Amanda Helton
by and through her attorneys of record:
R. Reagan Sahadi
Sahadi Legal Group
414 S. Tancahua Street
Corpus Christi, Texas 78401
*Plaintiff*

4. The Estate of Robert Eugene Leighty
*The decedent whose estate is a basis of this lawsuit*

5. Stone Truck Line, Inc.
by and through its attorneys of record:
David L. Sargent and Martha M. Posey
Sargent Law, P.C.
1717 Main Street, Suite 4750
Dallas, Texas 75201
*Defendant*

6. Jarmanjit Singh
by and through his attorneys of record:
David L. Sargent and Martha M. Posey
Sargent Law, P.C.
1717 Main Street, Suite 4750
Dallas, Texas 75201
*Defendant*

Respectfully submitted,

By: /s/ *David L. Sargent*
    **DAVID L. SARGENT**
    State Bar No. 17648700
    david.sargent@sargentlawtx.com
    **MARTHA M. POSEY**
    State Bar No. 24105946
    martha.posey@sargentlawtx.com

**SARGENT LAW, P.C.**
1717 Main Street, Suite 4750
Dallas, Texas 75201
(214) 749-6516 (direct – David Sargent)
(214) 749-6316 (fax – David Sargent)

**ATTORNEYS FOR DEFENDANTS
STONE TRUCK LINE, INC. AND
JARMANJIT SINGH**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 26th day of November 2019, a true and correct copy of the foregoing document was served via ECF to Plaintiff's attorneys of record:

R. Reagan Sahadi
Sahadi Legal Group
414 S. Tancahua Street
Corpus Christi, Texas 78401

    /s/ *David L. Sargent*
    **DAVID L. SARGENT**