IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES LEIGHTY; ASHLEE LEIGHTY; and AMANDA HELTON, | § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. **3:19-CV-2615-L** |
| | § | |
| STONE TRUCK LINES. INC. and JARMANJIT SINGH, | § § § | |
| Defendants. | § § | |

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. § 636(b), **Defendants Stone Truck Line, Inc. and Jarmanjit Singh's Motion to Transfer Venue**, filed November 25, 2019, is hereby **referred** to United States Magistrate Judge **Rebecca Rutherford** for hearing, if necessary, and determination. This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge," not to the district judge or court, so that filings will reach her without delay.

Local Civil Rules 72.1 and 72.2 provide that, unless otherwise directed by the presiding district judge, a party who files objections under Federal Rules of Civil Procedure 72(a) and (b)(2) to magistrate judge orders regarding pretrial nondispositive matters, or findings and recommendations on dispositive motions, may file a reply brief within 14 days from the date the response to the objections or response brief is filed. The court does not allow parties to file a reply brief with respect to magistrate judge orders or findings and recommendations, unless leave is

granted to file the reply brief.  The court will strike or disregard any reply brief filed in violation of this order.

    **It is so ordered** this 26th day of November, 2019.

                                           Sam A. Lindsay
                                           United States District Judge