| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| RICHARD SAHADI, SBN: 24042369<br>SAHADI LEGAL GROUP<br>414 S. TANCAHUA STREET<br>CORPUS CHRISTI, TX 78401<br>TELEPHONE No.: (361) 760-3300    FAX No. (Optional): (361) 760-3310 | E-MAIL ADDRESS (Optional): | |
| Attorney for: | Ref No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS

Plaintiff: LEIGHT; ET AL
Defendant: STONE TRUCK LINES INC.; ET AL

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:19-CV-02615-L |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; PLAINITFFS' ORIGINAL COMPLAINT**

PARTY SERVED: **JARMANJIT SINGH**
PERSON SERVED: **Mandeep Goraya - Sister**
DATE & TIME OF DELIVERY: **11/8/2019**
**7:31 AM**
ADDRESS, CITY, AND STATE: **6826 W. SAPPHIRE DRIVE**
**FRESNO, CA 93722**
PHYSICAL DESCRIPTION: **Age: 30's    Weight: 170    Hair: Black**
**Sex: Female  Height: 5'5"   Eyes: Brown**
**Skin: Indian   Marks:**

MANNER OF SERVICE:
Substituted Service - By leaving the copies with or in the presence of a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers.

Fee for Service: $ 50.00
County: FRESNO
Registration No.: S2005100000007
Eddings Attorney Support Services, Inc.
1099 East Champlain Dr., Suite A-102
Fresno, CA 93720
(559) 222-2274

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 8, 2019.

Signature: _____
JOHN DIES

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                    Order#: E283021/General

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Leighty et al <br> *Plaintiff* | ) <br> ) <br> ) Civil Action No. 3:19-cv-02615-L <br> ) |
| v. | ) |
| Stone Truck Lines Inc. et al <br> *Defendant* | ) <br> ) <br> ) |

## Summons in a Civil Action

**TO:** Jarmanjit Singh

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Richard Sahadi
414 S Tancahua Street
Corpus Christi, TX 78401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 11/05/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-02615-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jarmanjit Singh__
was received by me on *(date)* __11/6/19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Mandeep Goraya, Sister__, a person of suitable age and discretion who resides there,
on *(date)* __11/8/19__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

My fees are $ _____ for travel and $ __50.00__ for services, for a total of $ __50.00__

I declare under penalty of perjury that this information is true.

Date: __11/8/19__

_John Die_
Server's signature

__John Dies, Process Server__
Printed name and title

__1099 E. Champlain Dr. #A-102__
__Fresno, CA 93720__
Server's address

Additional information regarding attempted service, etc: