IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES LEIGHTY, ASHLEE LIEGHTY and AMANDA HELTON, each INDIVIDUALLY, and AS HEIRS TO THE ESTATE OF ROBERT EUGENE LEIGHTY, DECEASED<br><br>Plaintiffs<br><br>VS.<br><br>STONE TRUCK LINES INC. and JARMANJIT SINGH<br><br>Defendants | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:19-cv-2615 |

**ORDER DENYING DEFENDANTS STONE TRUCK LINE, INC. AND JARMANJIT SINGH'S MOTION TO TRANSFER VENUE**

ON THE ___ day of _____, 20___ came on to be considered *Defendants Stone Truck Line, Inc. and Jarmanjit Singh's Motion to Transfer Venue*, in the above-styled and numbered cause of action, and the Court having read and considered such Motion, *Plaintiffs' Response* thereto, the Briefs of the parties supporting their positions, and considered the arguments of counsel, is of the following opinion:

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that *Defendants Stone Truck Line, Inc. and Jarmanjit Singh's Motion to Transfer Venue* is DENIED.

SO ORDERED this ___ day of _____, 20___.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE