# EXHIBIT A

| | |
|---|---|
| **Subject:** | RE: Leighty |
| **Date:** | Friday, September 27, 2019 at 4:48:41 PM Central Daylight Time |
| **From:** | Martha Posey <Martha.Posey@sargentlawtx.com> |
| **To:** | Shanna Steward <ssteward@sahadilegal.com>, Reagan Sahadi <rsahadi@sahadilegal.com>, David Sargent <David.Sargent@sargentlawtx.com> |
| **CC:** | Francine Desma <fdesma@sahadilegal.com>, Debbie Gonzalez <dgonzalez@sahadilegal.com> |

Shana,

Confirming, October 8, 2019 at 9:00 a.m. in Shamrock, Texas. We don't think there is a need for two separate downloads. Either your expert can download and agree to share with us, or ours can download and share with yours. We will have a Rule 11 Agreement for a release of the tractor and trailer after then inspection occurs.

The tractor and trailer are currently being stored at:

    Irish Truck Repair
    209 I40 E.
    Shamrock, Texas 79079

==We will also confirm October 17, 2019 at 10:30 a.m. This inspection will be performed by Brent Munyon.==

Please let me know if you have any questions or concern.

Thank you,


**Martha Posey**
Associate
Sargent Law, P.C.
1717 Main Street, Suite 4750
Dallas, TX 75201
214.749.6558 direct dial
214.749.6358 direct fax
martha.posey@sargentlawtx.com
www.sargentlawtx.com

Sargent Law Disclaimer.  This message and information contained in or attached to this communication is privileged and confidential and intended only for the person named above.  If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient is strictly prohibited.  If you received this communication in error, please do not read it.  Please immediately reply to the sender that you have received this communication in error and delete this communication from your computer.  Thank you.

IRS Circular 230 Disclosure.  To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i)avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Shanna Steward <ssteward@sahadilegal.com>
**Sent:** Friday, September 27, 2019 11:13 AM
**To:** Reagan Sahadi <rsahadi@sahadilegal.com>; Martha Posey <Martha.Posey@sargentlawtx.com>; David Sargent <David.Sargent@sargentlawtx.com>
**Cc:** Francine Desma <fdesma@sahadilegal.com>; Debbie Gonzalez <dgonzalez@sahadilegal.com>; Shanna Steward <ssteward@sahadilegal.com>
**Subject:** Re: Leighty

Good morning, Mr. Sargent and Martha.

This will confirm Tuesday, October 8, 2019, works for the inspection and download of the Stone Truck Line vehicle in Shamrock, Texas. We would suggest a 9:00am start time, but will await your confirmation of the start time that morning and the exact location. Also, as mentioned in my e-mail below, please let us know if we should plan on two separate downloads or if you would prefer splitting the cost of one download.

Also, Thursday, October 17, 2019, works for the inspection of the Leighty motorcycle in Goliad, Texas. This inspection can begin as early as 10:00am, but if you would prefer it to be a little later in the day to accommodate for morning travel, please let us know. The warehouse is located on Mr. Sahadi's ranch and the address is as follows:

13422 U.S. Highway 59 South
Berclair, Texas 78107

This location is a ranch with a warehouse facility on US 59, midway between Beeville and Goliad, Texas. The coordinates are:   28 degrees 33'01.11" N and -97 degrees 33'34.37" W (entrance). If you put the above address into GPS, it should take you right there.

We look forward to hearing from you confirming the inspection start times, the address for the October 8th inspection, and your thoughts concerning the download.

Thank you. Shanna

Shanna Steward
Case Manager/Paralegal
SAHADI LEGAL GROUP
414 S. Tancahua Street
Corpus Christi, Texas 78401
T:  361-760-3300
F:  361-760-3310
ssteward@sahadilegal.com

---

**From:** Shanna Steward <ssteward@sahadilegal.com>
**Date:** Thursday, September 26, 2019 at 4:03 PM
**To:** Reagan Sahadi <rsahadi@sahadilegal.com>, Martha Posey <Martha.Posey@sargentlawtx.com>, David Sargent <David.Sargent@sargentlawtx.com>
**Cc:** Shanna Steward <ssteward@sahadilegal.com>
**Subject:** Re: Leighty

Mr. Sargent and Martha:  I will confirm the inspection dates tomorrow. In the meantime, is it your intention for both your folks and ours to perform a download of the Stone Truck Line vehicle or did you want to have

one download and split the cost?

Thanks. Shanna

Shanna Steward
Case Manager/Paralegal
SAHADI LEGAL GROUP
T:  361-760-3300
ssteward@sahadilegal.com

---

**From:** Reagan Sahadi <rsahadi@sahadilegal.com>
**Date:** Thursday, September 26, 2019 at 3:38 PM
**To:** Martha Posey <Martha.Posey@sargentlawtx.com>
**Cc:** David Sargent <David.Sargent@sargentlawtx.com>, Shanna Steward <ssteward@sahadilegal.com>
**Subject:** Re: Leighty

I believe that would work.

Sent from my iPhone

On Sep 26, 2019, at 3:37 PM, Martha Posey <Martha.Posey@sargentlawtx.com> wrote:

> Mr. Sahadi,
>
> October 8, 9, and 10th work for us for the inspection in Shamrock.
>
> Also we understand you have the motorcycle in or near Goliad, would it be available on October 17th for inspection?
>
> Thank you,
>
>
> **Martha Posey**
> Associate
> Sargent Law, P.C.
> 1717 Main Street, Suite 4750
> Dallas, TX 75201
> 214.749.6558 direct dial
> 214.749.6358 direct fax
> martha.posey@sargentlawtx.com
> www.sargentlawtx.com
>
>
> Sargent Law Disclaimer.  This message and information contained in or attached to this communication is privileged and confidential and intended only for the person named above.  If you are not the intended recipient of this transmission, you are hereby notified that any dissemination, distribution or copying of this communication to anyone other than the intended recipient is strictly prohibited.  If you received this communication in error, please do not read it.  Please immediately reply to the sender that you have received this communication in error and delete this communication from your computer.  Thank you.
>
> IRS Circular 230 Disclosure.  To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that any U.S. federal tax advice contained in this communication, including any attachments, is not intended or written to be used, and cannot be used, for the purpose of (i)avoiding any penalties under U.S. federal tax law, or (ii) promoting, marketing or recommending to

another party any transaction or matter addressed herein.

**From:** Reagan Sahadi <rsahadi@sahadilegal.com>
**Sent:** Thursday, September 26, 2019 1:59 PM
**To:** Martha Posey <Martha.Posey@sargentlawtx.com>
**Cc:** David Sargent <David.Sargent@sargentlawtx.com>; Shanna Steward <ssteward@sahadilegal.com>
**Subject:** Leighty

I spoke with Scott Altman and he's available October 8,9,10 and 15,16.

Do any of those dates work for you all and Mr. Munyon?


R. Reagan Sahadi
414 S. Tancahua St.
Corpus Christi, Texas  78401
361-760-3300- phone
361-760-3310- fax