# EXHIBIT B



# SARGENT LAW, P.C.

**David L. Sargent**
direct dial – 214.749.6516
direct fax – 214.749.6316
david.sargent@sargentlawtx.com

October 8, 2019

Reagan Sahadi
Sahadi Legal Group
414 S. Tancahua Street
Corpus Christi, Texas 78401

      Re:    **Re:    Rule 11 Agreement for Release of Equipment**
             Your Client:   Robert Eugene Leighty
             DOL:            September 12, 2019
             Your File No.: 31049

Dear Mr. Sahadi:

      Pursuant to Rule 11 of the Texas Rules of Civil Procedure, please allow this letter to memorialize our agreement as to the following:

- Sahadi Legal Group, agree that the inspection of the Stone Truck Line, Inc. tractor and trailer (the "Equipment") has been sufficiently inspected, photographed, downloaded, and measured as of October 8, 2019 and that Stone Truck Line, Inc. has complied and is released from the preservation of the Equipment;

- Sahadi Legal Group, agrees that the Equipment is released for salvage, repair, or otherwise in the ordinary course of business as of the completion of the inspection on October 8, 2019; and

- Sahadi Legal Group will provide a copy of all data obtained from any ECM or other data downloads, to David L. Sargent, Sargent Law P.C., within 14 days.

      If you are in agreement with the above, please sign and return to our office.

      Thank you for working with us on this matter. If you have any questions, please feel free to contact me.

                                  Sincerely yours,

                                  David L. Sargent

Rule 11 Agreement for Release of Equipment
Page 2

**AGREED:** _____    10/21/2019
Reagan Sahadi                                         Date
Sahadi Legal Group

2051196 v.1