# EXHIBIT C



### Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

| | Time | Airline | Duration | Route | Stops | Price |
|---|---|---|---|---|---|---|
| spirit | 6:30 AM – 12:13 PM | Spirit | 6h 43m | CMH–DFW | 1 stop, 1h 15m MCO | $390 round trip |
| | 10:57 AM – 12:51 PM | American | 2h 54m | CMH–DFW | Nonstop | $409 round trip |
| | 7:44 PM – 9:38 PM | American | 2h 54m | CMH–DFW | Nonstop | $409 round trip |
| | 8:29 PM – 12:43 AM+1 | Ameri… · Operated by Envoy Air as Ameri… | 5h 14m | CMH–DFW | 1 stop, 1h 16m ORD | $418 round trip |

Prices are currently **high** for your trip.   Details

### Other departing flights

| | Time | Airline | Duration | Route | Stops | Price |
|---|---|---|---|---|---|---|
| | 9:00 AM – 3:56 PM | Uni… · Operated by Republic Airlines DBA… | 7h 56m | CMH–DFW | 1 stop, 3h 24m IAH | $435 round trip |
| | 7:00 AM – 9:08 AM | American | 3h 8m | CMH–DFW | Nonstop | $470 round trip |
| | 2:22 PM – 4:18 PM | American | 2h 56m | CMH–DFW | Nonstop | $470 round trip |
| | 3:03 PM – 8:17 PM | Ame… · Operated by Republic Airways as… | 6h 14m | CMH–DFW | 1 stop, 59m DCA | $548 round trip |
| | 3:20 PM – 7:34 PM | Ameri… · Operated by Envoy Air as Ameri… | 5h 14m | CMH–DFW | 1 stop, 1h 6m ORD | $610 round trip |
| | 12:45 PM – 4:54 PM | Uni… · Operated by Air Wisconsin DBA Un… | 5h 9m | CMH–DFW | 1 stop, 1h 0m ORD | $732 round trip |
| | 4:42 PM – 8:27 PM | Delta | 4h 45m | CMH–DFW | 1 stop, 35m ATL | $788 round trip |

58 longer or more expensive flights

### Hotels in Dallas

Nightly prices for 1 guest Dec 26–Dec 30          Search for hotels

 Omni Dallas Hotel

 Omni Mandalay Hotel at Las…

 Fairmont Dallas

Google

Sign in

Trips

Explore

Flights

Hotels

Find a hotel

Packages

Round trip · 1 passenger · Economy

Columbus CMH ⇄ Amarillo

Thu, Dec 26 — Mon, Dec 30

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Date grid · Price graph · Nearby airports

## Best departing flights

No non-stops

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| Times | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 7:00 AM – 1:51 PM | Amer... · Operated by Mesa Airlines as A... | 7h 51m | CMH–AMA | 1 stop | 3h 27m DFW | $574 round trip |
| 10:57 AM – 3:56 PM | Amer... · Operated by Mesa Airlines as A... | 5h 59m | CMH–AMA | 1 stop | 1h 50m DFW | $574 round trip |
| 7:44 PM – 11:45 PM | Amer... · Operated by Mesa Airlines as A... | 5h 1m | CMH–AMA | 1 stop | 52m DFW | $574 round trip |
| 6:40 AM – 11:24 AM | ... · Operated by Mesa Airlines DBA Unit... | 5h 44m | CMH–AMA | 1 stop | 44m IAH | $582 round trip |
| 7:00 AM – 11:34 AM | Amer... · Operated by Mesa Airlines as A... | 5h 34m | CMH–AMA | 1 stop | 1h 12m DFW | $683 round trip |

Prices are currently typical for your trip. Details

## Other departing flights

Prices are not available for: Southwest. Flights with unavailable prices are at the end of the list.

| Times | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 9:00 AM – 8:29 PM | ... · Operated by Republic Airlines DBA U... | 12h 29m | CMH–AMA | 1 stop | 7h 24m IAH | $670 round trip |
| 2:22 PM – 8:07 PM | Ameri... · Operated by Envoy Air as Ameri... | 6h 45m | CMH–AMA | 1 stop | 2h 27m DFW | $800 round trip |
| 4:29 PM – 11:35 PM | ... · Operated by Republic Airlines DBA U... | 8h 6m | CMH–AMA | 1 stop | 3h 7m DEN | $878 round trip |
| 6:30 PM – 10:30 PM | Southwest | 5h 0m | CMH–AMA | 1 stop | 1h 5m DAL | Price unavailable |

47 longer or more expensive flights

## Hotels in Amarillo

Nightly prices for 1 guest Dec 26–Dec 30

Search for hotels

Fifth Season Inn 2.8 (978)

La Quinta Inn by Wyndham... 3.4 (898)

Days Inn by Wyndham... 3.5 (824)

