# EXHIBIT D



Google

Round trip · 1 passenger · Economy

Fresno FAT ⇄ Dallas DFW | Thu, Dec 26 | Mon, Dec 30

Bags · Stops · Airlines · Price · Times · Connecting airports · More

Track prices · Date grid · Price graph · Nearby airports

## Best departing flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply. Sort by:

| Time / Airline | Duration / Route | Stops | Price |
|---|---|---|---|
| 6:13 AM – 1:42 PM<br>Amer... · Operated by Skywest Airlines as ... | 5h 29m<br>FAT–DFW | 1 stop<br>1h 13m LAX | $346<br>round trip |
| 6:00 AM – 11:10 AM<br>American | 3h 10m<br>FAT–DFW | Nonstop | $367<br>round trip |
| 1:05 AM – 6:13 AM<br>American | 3h 8m<br>FAT–DFW | Nonstop | $456<br>round trip |

Prices are currently typical for your trip. Details

## Other departing flights

| Time / Airline | Duration / Route | Stops | Price |
|---|---|---|---|
| 4:15 PM – 12:42 AM+1<br>Amer... · Operated by Skywest Airlines as ... | 6h 27m<br>FAT–DFW | 1 stop<br>2h 19m LAX | $346<br>round trip |
| 10:20 AM – 5:15 PM<br>Ame... · Operated by Compass Airlines a... | 4h 55m<br>FAT–DFW | 1 stop<br>36m LAX | $375<br>round trip |
| 12:26 PM – 8:53 PM<br>Amer... · Operated by Skywest Airlines as ... | 6h 27m<br>FAT–DFW | 1 stop<br>2h 20m LAX | $375<br>round trip |
| 4:29 PM – 11:26 PM<br>Amer... · Operated by Mesa Airlines as A... | 4h 57m<br>FAT–DFW | 1 stop<br>1h 0m PHX | $415<br>round trip |
| 7:25 PM – 4:04 AM+1<br>Amer... · Operated by Mesa Airlines as A... | 6h 39m<br>FAT–DFW | 1 stop<br>2h 46m PHX | $415<br>round trip |
| 9:50 AM – 4:19 PM<br>American | 4h 29m<br>FAT–DFW | 1 stop<br>28m PHX | $464<br>round trip |
| 12:00 PM – 5:10 PM<br>American | 3h 10m<br>FAT–DFW | Nonstop | $512<br>round trip |
| 6:40 AM – 1:56 PM<br>Unit... · Operated by Skywest DBA United ... | 5h 16m<br>FAT–DFW | 1 stop<br>45m DEN | $574<br>round trip |

☰ Google ⋮⋮⋮ F

| | 12:33 PM – 8:57 PM | 6h 24m | 1 stop | $1,128 | ⌄ |
|---|---|---|---|---|---|
| ▲ | De… · Operated by Skywest DBA Delta Co… | FAT–DFW | 1h 59m SLC | round trip | |

46 longer or more expensive flights

## Hotels in Dallas ⓘ
Nightly prices for 1 guest Dec 26–Dec 30

Search for hotels ↗


Omni Dallas Hotel
$186
4.6 (6251)


Omni Mandalay Hotel at Las…
$99
4.4 (2469)


Fairmont Dallas
$113
4.4 (2141)

## Explore more destinations from Fresno

[Ads]   Priceline   CheapOair   Travelocity   JustFly   CheapTickets   eDreams

Google Flights    ⊕ Language · English ⌄    Country · United States ⌄    Currency · USD ⌄

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**

Google

Round trip ▾ 1 passenger ▾ Economy ▾

Fresno FAT ⇄ Amarillo AMA | Thu, Dec 26 < > | Mon, Dec 30 < >

Bags ▾ | Stops ▾ | Airlines ▾ | Price ▾ | Times ▾ | Connecting airports ▾ | More ▾

Track prices ⓘ | Date grid | Price graph | Nearby airports

No non-stops ↓

## Best departing flights ⓘ

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| Times | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 4:07 PM – 11:35 PM | U... · Operated by Skywest DBA United Ex... | 5h 28m | FAT–AMA | 1 stop | 1h 32m DEN | $387 round trip |
| 6:13 AM – 3:56 PM | A... · Operated by Skywest Airlines as A... | 7h 43m | FAT–AMA | 2 stops | LAX, DFW | $414 round trip |
| 6:00 AM – 1:51 PM | Amer... · Operated by Mesa Airlines as A... | 5h 51m | FAT–AMA | 1 stop | 1h 25m DFW | $493 round trip |

Prices are currently typical for your trip. Details

## Other departing flights

| Times | Airline | Duration | Route | Stops | Layover | Price |
|---|---|---|---|---|---|---|
| 6:20 AM – 5:48 PM | A... · Operated by Skywest Airlines as A... | 9h 28m | FAT–AMA | 2 stops | PHX, DFW | $497 round trip |
| 10:20 AM – 8:07 PM | A... · Operated by Compass Airlines as ... | 7h 47m | FAT–AMA | 2 stops | LAX, DFW | $497 round trip |
| 12:00 PM – 8:07 PM | Ameri... · Operated by Envoy Air as Ameri... | 6h 7m | FAT–AMA | 1 stop | 1h 35m DFW | $589 round trip |
| 7:25 PM – 11:34 AM+1 | A... · Operated by Mesa Airlines as Ame... | 14h 9m | FAT–AMA | 2 stops | PHX, DFW | $602 round trip |
| 1:05 AM – 11:34 AM | Amer... · Operated by Mesa Airlines as A... | 8h 29m | FAT–AMA | 1 stop | 4h 7m DFW | $639 round trip |
| 10:51 AM – 11:35 PM | ... · Operated by Skywest DBA United Exp... | 10h 44m | FAT–AMA | 3 stops | LAX, SBP, DEN | $746 round trip |
| 12:45 PM – 11:35 PM | U... · Operated by Skywest DBA United Ex... | 8h 50m | FAT–AMA | 1 stop | 4h 58m DEN | $826 round trip |

77 longer or more expensive flights

